AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |
|---|---|
| NEWMARK & COMPANY REAL ESTATE, INC. AND NEWMARK SOUTHERN REGION, LLC,<br><br>*Plaintiff(s)*<br><br>v.<br><br>NEWMARK COMMERCIAL REAL ESTATE, LLC AND JACQUELINE TAVARES,<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-24033-DSL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Newmark Commercial Real Estate, LLC
Jacqueline Tavares, Registered Agent
21250 Sweetwater Lane N.
Boca Raton, Florida 33428

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Oliver Alan Ruiz
Kelly Marie Malloy
MALLOY & MALLOY, P.L.
2800 SW Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Sep 5, 2025

s/ Clifford Charles
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| NEWMARK & COMPANY REAL ESTATE, INC. AND NEWMARK SOUTHERN REGION, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 1:25-cv-24033-DSL |
| NEWMARK COMMERCIAL REAL ESTATE, LLC AND JACQUELINE TAVARES, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jacqueline Tavares
21250 Sweetwater Lane N.
Boca Raton, Florida 33428

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Oliver Alan Ruiz
   Kelly Marie Malloy
   MALLOY & MALLOY, P.L.
   2800 SW Third Avenue
   Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Sep 5, 2025

*s/ Clifford Charles*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court